# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   TERRENCE P M CUNNINGHAM    §    Case No.: 10-16998
         DEBRA L CUNNINGHAM          §
                                     §
         Debtor(s)                   §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2010.

2) This case was confirmed on 07/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/15/2010, 08/13/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/05/2011, 11/09/2011.

5) The case was dismissed on 01/12/2012.

6) Number of months from filing to the last payment: 16

7) Number of months case was pending: 24

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 38,000.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 27,000.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 27,000.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,858.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,465.20 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,323.70 |
| Attorney fees paid and disclosed by debtor | $ 641.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISCOVER FINANCIAL S | UNSECURED | 5,540.00 | 5,540.55 | 5,540.55 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NA | 1,660.80 | 1,660.80 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NA | 12,146.62 | 12,146.62 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NA | 1,279.75 | 1,279.75 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,136.00 | 1,499.73 | 1,499.73 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,677.00 | 1,677.19 | 1,677.19 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 9,703.00 | 9,702.97 | 9,702.97 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 579.00 | 579.19 | 579.19 | .00 | .00 |
| MARATHON PETROLEUM | UNSECURED | 1,109.00 | 1,109.02 | 1,109.02 | .00 | .00 |
| BANK OF AMERICA NA | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 17,750.00 | 24,141.42 | 17,750.00 | 10,281.14 | 839.67 |
| JPMORGAN CHASE BANK | SECURED | 134,500.00 | 129,887.49 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 98,070.00 | 93,902.09 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 79,670.00 | 79,243.55 | .00 | .00 | .00 |
| VW CREDIT | SECURED | 11,875.00 | 15,810.36 | 11,875.00 | 6,838.33 | 562.97 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,066.00 | 8,572.27 | 8,572.27 | 98.18 | .00 |
| KAPLAN BANKRUPTCY FI | PRIORITY | 2,500.00 | NA | NA | .00 | .00 |
| HSBC BANK NA | UNSECURED | 3,874.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 39,520.00 | 36,520.03 | 39,520.03 | .00 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 8,651.00 | 8,651.49 | 8,651.49 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 2,353.00 | 2,353.33 | 2,353.33 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | UNSECURED | 1,151.00 | 1,151.99 | 1,151.99 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| BLATT HASENMILLER LE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| BMW BNAK OF NORTH AM | UNSECURED | 5,601.00 | NA | NA | .00 | .00 |
| CACH | UNSECURED | 2,229.00 | 2,229.92 | 2,229.92 | .00 | .00 |
| CACH LLC | UNSECURED | 1,335.00 | NA | NA | .00 | .00 |
| CACH | UNSECURED | 7,120.00 | 7,120.21 | 7,120.21 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 987.00 | 1,004.32 | 1,004.32 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 13,583.00 | 13,583.82 | 13,583.82 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,009.00 | 3,009.86 | 3,009.86 | .00 | .00 |
| CITI FLEX | UNSECURED | 8,358.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 3,309.00 | NA | NA | .00 | .00 |
| FIRST COMMUNITY CRED | UNSECURED | 5,645.00 | 5,645.93 | 5,645.93 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,229.00 | 2,136.47 | 2,136.47 | .00 | .00 |
| GREENTREE & ASSOC | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 6,316.00 | 6,315.99 | 6,315.99 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 2,411.00 | 171.82 | 171.82 | .00 | .00 |
| NORTHWEST RADIOLOGY | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| NORTHWEST RADIOLOGY | UNSECURED | 313.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1,024.00 | 1,024.58 | 1,024.58 | .00 | .00 |
| CITIBANK | UNSECURED | 8,478.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,693.00 | 1,692.60 | 1,692.60 | .00 | .00 |
| NICOR GAS | UNSECURED | 107.00 | 112.64 | 112.64 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,490.00 | 5,371.70 | 5,371.70 | .00 | .00 |
| SALLIE MAE | OTHER | .00 | NA | NA | .00 | .00 |
| TFC CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | .00 | 222,844.14 | 222,844.14 | 2,300.18 | .00 |
| DISCOVER CARD | OTHER | .00 | NA | NA | .00 | .00 |
| RENTAL INCOME | OTHER | .00 | NA | NA | .00 | .00 |
| TFC CREDIT CORP | UNSECURED | NA | 7,800.00 | 7,800.00 | .00 | .00 |
| BANK OF AMERICA NA | SECURED | .00 | 12,485.43 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 1,114.55 | 1,614.55 | 1,614.55 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 3,676.86 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE ECFC | UNSECURED | NA | 25,963.28 | 25,963.28 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 2,176.38 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 2,176.38 | .00 | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DEBRA CUNNINGHAM | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 7,644.33 | 7,644.33 | .00 | .00 |
| VION HOLDINGS LLC | UNSECURED | NA | 3,873.52 | 3,873.52 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 2,942.30 | 2,942.30 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 8,533.68 | 8,533.68 | .00 | .00 |
| VW CREDIT | UNSECURED | NA | .00 | 3,935.36 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 2,689.27 | 2,689.27 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | .00 | 6,391.42 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | 6,165.40 | 6,165.40 | .00 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | NA | 1,903.52 | 1,903.52 | .00 | .00 |
| JPMORGAN CHASE/NATIO | SECURED | NA | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 12,334.12 | 12,334.12 | 141.28 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 1,713.70 | 1,713.70 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 83,040.00 | 693.53 | 693.53 | .00 | .00 |
| HSBC BANK NEVADA | SECURED | NA | 2,215.00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,614.55 | 1,614.55 | .00 |
| Debt Secured by Vehicle | 29,625.00 | 17,119.47 | 1,402.64 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 31,239.55 | 18,734.02 | 1,402.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 243,750.53 | 2,539.64 | .00 |
| **TOTAL PRIORITY:** | 243,750.53 | 2,539.64 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 216,541.83 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,323.70 |
| Disbursements to Creditors | $ | 22,676.30 |
| **TOTAL DISBURSEMENTS:** | $ | 27,000.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/26/2012              /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**